# United States District Court
## Violation Notice

**CVB Location Code:** M6H

**Violation Number:** FBDG008T
**Officer Name:** Bolte
**Officer No.:** 2197

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10/23/2021 00:00
**Offense Charged:** FED 36 CFR 261.13
**Place of Offense:** BULLDOZER ROAD #1765

**Offense Description: Factual Basis for Charge**
OPERATING A MOTOR VEHICLE ON NATIONAL FOREST SYSTEM LANDS IN VIOLATION OF THE CUSTER GALLATIN NATIONAL FOREST TRAVEL PLAN DESIGNATED PURSUANT TO 36 CFR 212.51

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** TERRY
**First Name:** HUNTER
**M.I.:** A

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex: M ☐ F ☐
Race:  Hair:  Eyes:  Height:  Weight:

### VEHICLE

**VIN:**  CMV ☐
**Tag No.:**  **State:**  **Year:**  **Make/Model:** /  **PASS** ☐  **Color:**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 200.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT  $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 2601 2nd Ave. North. Billings, MT 59101
**Date (mm/dd/yyyy):** 01/18/2022
**Time (hh:mm):** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FBDG008T

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  10/23/2021  while exercising my duties as a law enforcement officer in the _____ District of  MT

Pursuant to 16USC 551: I, Law Enforcement Officer Brad Bolte, received a public complaint concerning unauthorized/illegal motor vehicle use on National Forest Land. I later contacted the reporting party (RP), who advised me that he witnessed a man riding an ATV in the motor vehicle closure area on Bulldozer Road #1765. The RP provided photos of the suspect, photos of the ATV, and a license plate number. Upon running the license plate through dispatch, I found that it was registered to the "5-6 Ranch". On 10/31/2021, I contacted the defendant, Hunter A TERRY, who is associated with the "5-6 Ranch". TERRY agreed to meet met me the following day. On 11/01/2021, I met with TERRY in person. In my conversation with TERRY, I advised him that I received a complaint about him riding an ATV in the motor vehicle closure area. TERRY admitted to speaking with the reporting party and riding an ATV on the closed portion of the Bulldozer Road on 10/23/21. I issued Hunter A TERRY a violation notice for OPERATING A MOTOR VEHICLE ON NATIONAL FOREST SYSTEM LANDS IN VIOLATION OF THE CUSTER GALLATIN NATIONAL FOREST TRAVEL PLAN DESIGNATED PURSUANT TO 36 CFR 212.51. I advised TERRY of his initial appearance date, time, and location, which was also printed on both copies of the violation notice I handed him.

The foregoing statement is based upon:

    MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  10/23/2021  _/s/ Brad Bolte_
    Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:  _____
    Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident